■ U.S. UNDERWRITERS INSURANCE COMPANY, Appellant, v VAL-BLUE CORP., Doing Business as RASCALS, et al., Respondents. [608 NYS2d 810] —Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered on or about October 29, 1992, unanimously affirmed for the reasons stated by Cahn, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin and Kupferman, JJ.